# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VICTOR BELTRAN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 5:20-cv-02290-AB (SPx)<br><br>*Assigned to Hon. André Birotte, Jr.*<br>*Magistrate Judge: Sheri Pym*<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Trial Date:　March 22, 2022 |

## ORDER

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. No additional costs, expenses, and attorneys' fees are to be paid or awarded.

**IT IS SO ORDERED.**

DATED: May 11, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE